## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. **22-20268-BPH** |
| **MIRANDA NICOLE WILLIAMS**, | Chapter 13 |
| Debtor. | |

### ORDER SETTING HEARING ON PARTIES' STIPULATION AND VACATING HEARING ON TRUSTEE'S MOTION TO MODIFY PLAN

A hearing on the Chapter 13 Trustee's Motion to Modify Plan ("Motion") (Doc. 60) and Debtor's Objection to the Motion ("Objection") (Doc. 64) is scheduled for September 4, 2025, at 9:00 am in Coeur d'Alene, at the courthouse.

On August 28, 2025, the Trustee and Debtor filed a Stipulation that explained, "the parties have elected to resolve Trustee's Motion as agreed to herein." The Stipulation includes a series of recitals the parties agree are accurate, followed by a series of prospective affirmative acts that include:

- That Debtor will claim both of her children on her federal and state tax returns she is required to file during the remaining term of the plan. In the event Debtor does not claim both her children, Debtor will provide a copy of the first page of Mr. White's federal tax return to verify Mr. White did not claim the children.[1]

- That in the event Mr. White's gross monthly income increases by 25% or more from $3,770.00, Debtor shall notify Trustee of said increase and provide proof of income within thirty (30) days.[2]

- That Debtor shall provide to Trustee on an annual basis documentation/proof of her childcare/pre-school expenses. Such documentation/proof shall be provided to the trustee on or before January 31st of the following year.[3]

The Parties further explain, "the Court may enter the proposed order attached hereto as **Exhibit A**." To assess the Stipulation's terms and understand the parties' agreement, a hearing would assist the Court.

---

[1] ¶8, Doc. 75.
[2] ¶9, Doc. 75.
[3] ¶10, Doc. 75.

**IT IS HEREBY ORDERED** that the hearing on the Motion (Doc. 60) and Objection (Doc. 64) to be held on Thursday, September 4, 2025, at 9:00 a.m. at the Coeur d'Alene Courthouse 6450 North Mineral Drive, Coeur d'Alene, Idaho is vacated; and,

**IT IS HEREBY ORDERED** that a hearing on the Stipulation shall be held on Thursday, September 4, 2025, at 9:00 a.m. at the Coeur d'Alene Courthouse 6450 North Mineral Drive, Coeur d'Alene, Idaho.

DATED: September 2, 2025



_____
HON. BENJAMIN P. HURSH
U. S. BANKRUPTCY JUDGE
SITTING BY DESIGNATION
U.S. COURTS, DISTRICT OF IDAHO